**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

| | |
|---|---|
| IN RE: Talaria Flats LLC | CASE NO.: 22–11095–lgb |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 46–3546179 | CHAPTER: 7 |

---

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Deborah Piazza is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: August 10, 2023

Lisa G Beckerman, Bankruptcy Judge